John S. STRITZINGER, Petitioner-
Appellant,

v.

VEC, Respondent-Appellee.

No. 16-2150

United States Court of Appeals,
Fourth Circuit.

Submitted: January 31, 2017

Decided: February 2, 2017

John S. Stritzinger, Appellant Pro Se.

Before WILKINSON, KEENAN, and
THACKER, Circuit Judges.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

John S. Stritzinger appeals the district
court's order dismissing his complaint be-
cause he failed to comply with a court
order. We have reviewed the record and
find that this appeal is frivolous. Accord-
ingly, we deny leave to proceed in forma
pauperis and dismiss the appeal for the

reasons stated by the district court. <u>Strit-zinger</u> v. <u>VEC</u>, No. 5:16-mc-00021-KS (E.D.N.C. July 27, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED